OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
*Olympic Towers, 300 Pearl Street, Suite 250*
*Buffalo, New York 14202*

Lisa Bertino Beaser
Clerk of Court

## PETITION REQUIREMENTS FOR CLAIMING UNCLAIMED FUNDS

**For Owners of Record:**

1. Date, case title, and case number;

2. Claimant's name, current address, and current telephone number;

3. Proof of identity of the Owner of Record such as driver's license or passport;

4. Tax Identification Number or the Social Security Number of the claimant must be included. Disbursements cannot be issued without this information. Reimbursement checks will be payable to the claimant only;

5. Amount of reimbursement being requested and the reason why the original check was not presented for payment at the time of the original disbursement;

6. Statement that claimant "is in fact, due the monies being requested";

7. Substantiation of any change in the name used for the original disbursement;

8. Statement that claimant is aware that he/she/business is "Under Penalty of Perjury," for facts set out in the affidavit;

9. Notarized signature of the claimant;

10. Completed AO 213-NYW form (can be found on the website);

11. Copy of a certificate of service on the U.S. Attorney for this District MUST accompany the affidavit:

    United States Attorney for the Western District of New York
    138 Delaware Avenue
    Buffalo, NY 14202

**For Successor Claimants:**

A. Successor Business

    1. Follow Owner of Record instructions for #1 - 10 above, and

    2. A notarized power of attorney signed by an officer of the business and a statement of the signing officer's authority and knowledge that he/she is aware of State Law Requirements for being a personal representative of the corporation, and

    3. Documentation establishing chain of ownership of the original corporate claimant.

B. Transferred Claims:

    1. Follow Owner of Record instructions for #1 - 10 above, and

    2. Documentation evidencing the transfer of claim or proof of the purchase/sale of assets.

C. Decedent's Estate (Administrator, Executor, Representative):

    1. Follow Owner of Record instructions for #1 - 10 above, and

    2. Certified copies of probate documents establishing the representative's right to act on behalf of the decedent's estate, and

    3. Proof of personal identity of both the estate administrator and the decedent.

D. Representative Claimant (i.e., Fund Locator):

    1. Follow Owner of Record instructions for #1 - 10 above, and

    2. Notarized, original power of attorney signed by the claimant on whose behalf the representative is acting, and

    3. Proof of identity of the representative, and

    3. Documentation sufficient to establish the claimant's entitlement to the requested funds.

**Submit ALL Affidavits to:**

    United States Bankruptcy Court, WDNY
    300 Pearl Street, Suite # 250
    Attn: Administrative Services
    Buffalo, New York, 14202.

*One check will be issued in the name of the rightful owner of record only or jointly to the owner of record AND the fund locator, if authorized by the power of attorney. The Court will

NOT make separate payment to the fund locator for claimed fees or commission.  Interest will only be paid if specifically authorized by a prior Order entered by the Court.

Updated 06/27/2012