**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Case No.: 1−01−10540−MJK |
| Debra J. Akers | Chapter: 7 |
| | SSN: xxx−xx−6588 |
| Debtor(s) | |

Dilks & Knopik, LLC
Brian J. Dilks, Managing Member
35308 SE Center Street
Snoqualmie, WA 98065

Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- AO 213−NYW Form or Vendors Information/TIN Form: The AO 213 Vendor Information TIN Form will remain on file until the Court is in receipt of your new original Affidavit. I have enclosed copies of all documents submitted to the Court and the original deficiency issued June 20, 2008.
- Please re−submit a new original affidavit to release unclaimed funds. Please follow the updated Petition Requirements for Claiming Unclaimed Funds. Be sure to submit all supporting documents.

If you have any further questions, please call the Court at 716−362−3200.

| | |
|---|---|
| Date: July 10, 2013 | Lisa Bertino Beaser |
| | Clerk of Court |

Enclosures

Form dfyuncla/Doc 90
www.nywb.uscourts.gov